UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **MODERN ICE EQUIPMENT AND SUPPLY CO.** ) | Case No. 3:10cv134 |
| ) | |
| **Plaintiff,** ) | |
| ) | ORDER |
| -v- ) | |
| ) | |
| **SNOW PARK USA, LLC,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |

This matter came upon the motion of Plaintiff Modern Ice Equipment and Supply Co. ("Plaintiff") for an Order striking Doc. 21, captioned "Answer and Counterclaim of Snow Park USA, LLC and Chad J. Belter," to the extent that Mr. Belter purports to submit an Answer and Counterclaim on behalf of Snow Park USA, LLC.

The Court, being duly advised, finds said motion to be well-taken, and the same is therefore hereby **GRANTED.**

**IT IS THEREFORE ORDERED** that Doc. 21, captioned "Answer and Counterclaim of Snow Park USA, LLC and Chad J. Belter," is stricken to the extent that Mr. Belter purports to submit an Answer and Counterclaim on behalf of Snow Park USA, LLC.

**SO ORDERED.**

Signed: December 16, 2010

Graham C. Mullen
United States District Judge