# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:10-CV-134-GCM

| | |
|---|---|
| **MODERN ICE EQUIPMENT AND SUPPLY CO.,** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**SNOW PARK USA, LLC,** *et al,* )<br>)<br>**Defendants** )<br>_____) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on its own motion. IT IS HEREBY ORDERED that the trial date in this case is re-scheduled for **June 6, 2011.**

**IT IS SO ORDERED.**

Signed: January 21, 2011

Graham C. Mullen
United States District Judge