IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-134-GCM

| | | |
|---|---|---|
| MODERN ICE EQUIPMENT AND SUPPLY CO., | ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | ORDER |
| SNOW PARK USA, LLC, *et al*, | ) ) | |
| Defendants. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on its own motion. IT IS HEREBY ORDERED that the trial date in this case is re-scheduled for **October 11, 2011.**

**IT IS SO ORDERED.**

Signed: March 30, 2011

Graham C. Mullen
United States District Judge