IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cv-134-GCM

| | | |
|---|---|---|
| MODERN ICE EQUIPMENT AND SUPPLY CO., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| SNOW PARK USA, LLC, CHAD J. BELTER, and SNOW PARK USA CORPORATION | ) ) ) ) ) | |
| Defendants. | ) | |

THIS MATTER is before the Court upon Plaintiff's Motion for Partial Summary Judgment [D.I. 26]. Defendant Chad Belter, is directed to file a response as described below:

TO DEFENDANT CHAD J. BELTER; READ THE FOLLOWING VERY CAREFULLY:

You are to file a brief written argument opposing the Plaintiff's brief supporting the Motion for Partial Summary Judgment. This argument must respond to the substantive arguments in Plaintiff's Motion.

Within fourteen days of the date of entry of this Order, Defendant Belter must submit the brief or request an extension of the deadline.

You are hereby advised that you have fourteen (14) days from the filing of this Order in which to file your response to the Motion for Partial Summary Judgment. If you fail to respond to this motion, the Court will proceed to decide the matter. A copy of the response must be

1

served on the Plaintiff and a certificate of service must be filed with the Court, showing that a copy has been sent to counsel for the Plaintiff.

IT IS THEREFORE ORDERED that Defendant Belter has fourteen (14) days from the filing of this Order in which to respond to Plaintiff's Motion for Partial Summary Judgment.

The Clerk is directed to certify copies of this Order to Defendant Belter and counsel for Plaintiff and the other Defendants. The Clerk is specifically directed to send Belter's copy by certified mail, return receipt requested.

Signed: June 7, 2011

Graham C. Mullen
United States District Judge