UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-134-GCM

| MODERN ICE EQUIPMENT | ) | |
|---|---|---|
| AND SUPPLY Co., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| SNOW PARK USA, LLC, *et al,* | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on its own motion. IT IS HEREBY ORDERED that the trial in this matter is re-scheduled for **February 6, 2012** at 10:00 A.M. in Courtroom 3.

SO ORDERED.

Signed: August 18, 2011

Graham C. Mullen
United States District Judge