**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **MODERN ICE EQUIPMENT AND SUPPLY CO.** | ) | **Case No. 3:10cv134** |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **-v-** | ) | |
| | ) | |
| **SNOW PARK USA, LLC**, *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter came on to be heard upon the motion of Plaintiff Modern Ice Equipment and Supply Co. ("Plaintiff") for an Order granting the voluntary dismissal without prejudice of Plaintiff's claims against *pro se* Defendant, Chad J. Belter.

The Court, being duly advised, finds said motion to be well-taken, and the same is therefore hereby **GRANTED.**

**IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant Chad J. Belter are dismissed, **without prejudice**, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

This is a final, appealable Order, and there is no just reason for delay.

**SO ORDERED.**

Signed: January 23, 2012

Graham C. Mullen
United States District Judge